# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128812

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DOUGLAS ALAN WREN,
      Defendant-Appellant.

SC: 128812
COA: 260684
Washtenaw CC: 03-002032-FH;
               04-000575-FH

_____/

On order of the Court, the application for leave to appeal the April 20, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk

t1024